# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO ROJAS-TENA,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL L. BENOV,<br><br>  Respondent. | Case No.  1:13-cv-00488-LJO-SAB<br><br>ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS AND EXPANDING THE RECORD<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 24) |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the case of <u>Alfonzo Rojas-Tena V. Michael L. Benov</u>, Case no. 13-17275, the judgment of the district court was vacated and this case was remanded so that the government may augment the record for reconsideration by the district court.  In the Respondent's unopposed motion for remand, he indicated that the Petitioner's twenty-seven (27) days of good conduct time was restored at a rehearing.  The Respondent also indicated in his motion that the case should be remanded to the district court so that the government may augment the record with the Declaration from Christopher Cruz, a Bureau of Prisons Discipline Hearing Officer.

Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases and the Ninth Circuit's mandate, the Court HEREBY ORDERS:

1. Respondent SHALL FILE any ADDITIONAL MATERIALS to augment the record within **THIRTY** (30) days of the date of service of this order.

1    All briefs shall be filed without oral argument unless otherwise ordered by the Court.
2  Local Rule 230(l).  Extensions of time will only be granted upon a showing of good cause. All
3  provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **October 2, 2014**

UNITED STATES MAGISTRATE JUDGE