# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO ROJAS-TENA, | Case No.  1:13-cv-00488-LJO-SAB-HC |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| MICHAEL L. BENOV, | |
| Respondent. | |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 while an inmate at Taft Correctional Institution, Taft, California.

On October 2, 2014, this Court entered an Order following Remand from the Ninth Circuit Court of Appeals and Expanding the Record and an Order Setting Briefing Schedule. (ECF No. 25).  In response to that order, Respondent filed a motion to dismiss the petition as moot on October 21, 2014.

Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases, the Court HEREBY ORDERS that Petitioner SHALL FILE an Opposition or Statement of Non-Opposition to Respondent's Motion to Dismiss within **THIRTY (30)** days of the date of service of this order.  Any reply to an Opposition to the Motion to Dismiss SHALL be filed within **SEVEN (7)** days after the opposition is served.  The Motion to Dismiss will be deemed submitted **THIRTY-SEVEN (37)** days after the service of the Motion or when the Reply is filed, whichever comes

1  first.  See Local Rule 230(l).

2       All briefs shall be filed without oral argument unless otherwise ordered by the Court.

3  Local Rule 230(l).  Extensions of time will only be granted upon a showing of good cause. All

4  provisions of Local Rule 110 are applicable to this order.

5

6

7  IT IS SO ORDERED.

8  Dated:   **October 23, 2014**

                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28